No. D–1074. IN RE DISBARMENT OF CLEMENTS. Disbarment entered. [For earlier order herein, see 502 U. S. 1054.]

No. D–1075. IN RE DISBARMENT OF PACK. Disbarment entered. [For earlier order herein, see 502 U. S. 1055.]

No. D–1076. IN RE DISBARMENT OF RATLIFF. Disbarment entered. [For earlier order herein, see 502 U. S. 1055.]

No. D–1094. IN RE DISBARMENT OF FEIGE. It is ordered that Hans Charles Otto Feige, of Coral Springs, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1095. IN RE DISBARMENT OF O'BRYAN. It is ordered that Adrian F. O'Bryan, of Louisville, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1096. IN RE DISBARMENT OF GARRICK. It is ordered that Max Carleton Garrick, Jr., of Whittier, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1097. IN RE DISBARMENT OF FRIEDMAN. It is ordered that Bruce Alan Friedman, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1098. IN RE DISBARMENT OF KENNEY. It is ordered that Michael Thomas Kenney, of Santa Ana, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–1258. GOMEZ, WARDEN, DEUEL VOCATIONAL INSTITUTION OF CALIFORNIA v. MCKINNEY, 502 U. S. 1025. Motion of respondent to retax costs granted.

No. 90–1918. KRAFT GENERAL FOODS, INC. v. IOWA DEPARTMENT OF REVENUE AND FINANCE. Sup. Ct. Iowa. [Certiorari